**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Phoenix RIT LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **84-1645149** |
| 4. | Debtor's address | **Principal place of business**<br><br>**1 Landmark Square #18**<br>**Stamford, CT 06901**<br>Number, Street, City, State & ZIP Code<br><br>**Fairfield**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.RitDye.com; www.phoenixbrands.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor   **Phoenix RIT LLC**                                    Case number (*if known*) _____
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __3259__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ☑ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor   **See Attachment**                               Relationship _____
    District _____ When _____   Case number, if known _____

Debtor **Phoenix RIT LLC** _____  Case number (*if known*) _____
     Name

**11. Why is the case filed in this district?**  *Check all that apply:*
- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [x] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- [ ] No
- [ ] Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  *Check one:*
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**
- [x] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**
- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [x] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor   **Phoenix RIT LLC**　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/01/2016
　　　　　　　　MM / DD / YYYY

X _____　　　Peter A. Furman
　Signature of authorized representative of debtor　Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

X _____　　　Date  06/01/2016
　Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

**Laura Davis Jones**
Printed name

**Pachulski Stang Ziehl & Jones**
Firm name

**919 North Market Street, 17th Floor**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  (302) 652-4100　　　Email address  ljones@pszjlaw.com

DE 2436
Bar number and State

Debtor  **Phoenix RIT LLC**
       Name

Case number (*if known*) _____

### Fill in this information to identify your case:

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (*if known*) _____  Chapter **11**

☐ Check if this an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | Phoenix Brands LLC | | Relationship to you | Parent/Member |
| District | Delaware | When | Case number, if known | 16-11242 |
| Debtor | Phoenix Brands Parent LLC | | Relationship to you | Ultimate Parent |
| District | Delaware | When | Case number, if known | 16-11243 |
| Debtor | Phoenix Brands North LLC | | Relationship to you | Affiliate |
| District | Delaware | When | Case number, if known | 16-11244 |
| Debtor | Phoenix Brands Canada ULC | | Relationship to you | Affiliate |
| District | Delaware | When | Case number, if known | 16-11245 |
| Debtor | | | Relationship to you | |
| District | | | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

**PHOENIX BRANDS PARENT LLC**

A DELAWARE LIMITED LIABILITY COMPANY

ACTION BY UNANIMOUS WRITTEN CONSENT

OF THE BOARD OF MANAGERS

Dated: May 13, 2016

The undersigned, constituting all of the members of the Board of Managers of Phoenix Brands Parent LLC (together with its direct and indirect subsidiaries the "**Company**"), do hereby consent to and adopt, pursuant to the Delaware Limited Liability Company Act, 6 Del. C. Section 18-101, et seq., (the "**Act**") and the Limited Liability Company Agreement of the Company (the "**Agreement**") the following resolutions and the taking of all actions permitted thereby, as the act of the Board of Managers of the Company (the "**Board**") as hereinafter set forth. This Consent shall be filed with the other minutes and meetings and consents of the Board.

**WHEREAS**, the Board has received, considered, and reviewed reports furnished concerning the financial condition of the Company and had discussions with counsel and other professionals; and

**WHEREAS**, it appearing in the business judgment of the Board that it is in the best interest of the Company to file a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code ("**Bankruptcy Code**"), it is hereby

**RESOLVED**, that the Company initiate a case ("**Case**") under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware; and it is further

**RESOLVED**, that the Company initiate an ancillary proceeding in Canada under Section 46 of the Canadian Companies' Creditors Arrangement Act; and it is further

**RESOLVED**, that the Company is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings, and other instruments necessary or appropriate including any financing facilities, to cause the initiation and prosecution of a case under the Bankruptcy Code; and it is further

**RESOLVED**, the CEO of the Company, Mr. William Littlefield, or Peter Furman, the Chief Restructuring Officer of the Company, shall be authorized to sign and execute the Agreements and any other documents required in order to file and manage the Case on behalf of the Company; and it is further

**RESOLVED**, that subject to Bankruptcy Court approval, the Company, Phoenix Brands LLC and each of the Company's direct and indirect subsidiaries is hereby authorized to incur indebtedness (including by way of guarantees) (the "**DIP Financing**") and to secure such indebtedness following the commencement of the chapter 11 case pursuant to debtor-in-possession credit agreements, guarantees and security agreements, on such terms and conditions as may be negotiated by the officers of Company in consultation with the Chief Restructuring Officer of the Company and counsel to the company; and it is further

-2-

**RESOLVED**, the CEO of the Company and the Chief Restructuring officer of the Company, and each officer of any of the Company's direct or indirect subsidiaries is authorized to sign and execute all documents relating to the DIP Financing containing such terms and conditions as the officer executing the same shall approve acting with the advice of the Chief Restructuring Officer of the Company and counsel; and it is further

**RESOLVED**, that, subject to Bankruptcy Court approval, the Company is hereby authorized to employ and retain the following professionals to assist it in the bankruptcy process: Morrison Cohen LLP, as general and bankruptcy counsel for the Company; Pachulski Stang Ziehl & Jones LLP, as local bankruptcy counsel for the Company in the Case; Houlihan Lokey, as investment banker for the Company; Getzler Henrich & Associates LLC, as financial advisor to the Company; HunterPoint LLC, as provider of the Chief Restructuring Officer; and Osler, Hoskin & Harcourt LLP, as Canadian counsel for the Company.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board of have executed and adopted this Unanimous Written Consent as of the 13th day of May, 2016.

_____
Peter Kodde

_____
William Littlefield

_____
Mike Lyons

_____
Philip Kim

_____
Gary Fraser

_____
**Hunter Gustman**

-2-

**RESOLVED**, the CEO of the Company and the Chief Restructuring officer of the Company, and each officer of any of the Company's direct or indirect subsidiaries is authorized to sign and execute all documents relating to the DIP Financing containing such terms and conditions as the officer executing the same shall approve acting with the advice of the Chief Restructuring Officer of the Company and counsel; and it is further

**RESOLVED**, that, subject to Bankruptcy Court approval, the Company is hereby authorized to employ and retain the following professionals to assist it in the bankruptcy process: Morrison Cohen LLP, as general and bankruptcy counsel for the Company; Pachulski Stang Ziehl & Jones LLP, as local bankruptcy counsel for the Company in the Case; Houlihan Lokey, as investment banker for the Company; Getzler Henrich & Associates LLC, as financial advisor to the Company; HunterPoint LLC, as provider of the Chief Restructuring Officer; and Osler, Hoskin & Harcourt LLP, as Canadian counsel for the Company.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board of have executed and adopted this Unanimous Written Consent as of the 13th day of May, 2016.

Pieter Kodde

William Littlefield

Mike Lyons

Philip Kim

Gary Fraser

Hunter Gustman

| Debtor name | Phoenix RIT LLC |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF DELAWARE | |
| Case No. (If known) | |

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Fifth Street Finance Corp.<br>Attn: General Counsel<br>10 Bank St., 12th Floor<br>White Plains, NY 10606 | Fifth Street Asset Management Inc.<br>Attn: Mike Shannon<br>777 West Putnam Avenue, Third Floor<br>Greenwich, CT 06830<br>Tel: 914-286-6800<br>Fax: 914-328-4214<br>Email: mshannon@fifthstreetfinance.com | Holder of subordinated debt Lender | | | | | $41,113,528.00 |
| 2 | Alpla, Inc.<br>289 Highway 155 South<br>McDonough, GA 30253 | Alpla, Inc.<br>Attn: Octavia Chisolm<br>289 Highway 155 South<br>McDonough, GA 30253<br>Fax: 770-305-7200<br>Email: octavia.chisolm@alpla.com | Goods, Services | | | | | $1,375,753.62 |
| 3 | Marietta Corporation<br>106 Central Ave<br>Cortland, NY 13045 | Marietta Corporation<br>Attn: Amber Smith<br>106 Central Ave<br>Cortland, NY 13045<br>Email: asmith@KIKCORP.com | Goods, Services | | | | | $622,708.94 |
| 4 | Menlo Worldwide Logistics<br>1717 NW 21st Ave<br>Portland, OR 97209 | Menlo Worldwide Logistics<br>Attn: Jeff Harris<br>1717 NW 21st Ave<br>Portland, OR 97209<br>Email: jeff.harris@email.xpo.com | Goods, Services | | | | | $561,996.11 |

Debtor name  **Phoenix RIT LLC**                                        Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5  DS Container<br>1789 Hubbard Avenue<br>Batavia, IL 60510 | DS Container<br>Attn: John Duffy<br>1789 Hubbard Avenue<br>Batavia, IL 60510<br>Fax: 630-406-1438<br>Email: jduffy@dscontainers.com | Goods, Services | | | | $535,746.42 |
| 6  Menlo Warehouse<br>1717 NW 21st Ave<br>Portland, OR 97209 | Menlo Warehouse<br>Attn: Jeff Harris<br>1717 NW 21st Ave<br>Portland, OR 97209<br>Email: jeff.harris@email.xpo.com | Goods, Services | | | | $379,846.78 |
| 7  Chase Products Co<br>P.O. Box 70<br>Maywood, IL 60153 | Chase Products Co<br>Attn: Janette Gonazlez<br>P.O. Box 70<br>Maywood, IL 60153<br>Fax: 708-865-0230<br>Email: Janette.Gonzalez@chaseproducts | Goods, Services | | | | $337,881.56 |
| 8  Cygnus Corp<br>340 East 138th Street<br>Riverdale, IL 60827 | Cygnus Corp<br>Attn: Amber Smith<br>340 East 138th Street<br>Riverdale, IL 60827<br>Email: asmith@KIKCORP.com | Goods, Services | | | | $322,912.42 |
| 9  AKZO Chemical Corp<br>525 West Van Buren<br>Chicago, IL 60607 | AKZO Chemical Corp<br>Attn: Mary Allen<br>525 West Van Buren<br>Chicago, IL 60607<br>Fax: 312-544-7167<br>Email: Mary.Allen@akzonobel.com | Goods, Services | | | | $266,449.59 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Debtor name **Phoenix RIT LLC** _____    Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total Claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 10  International Paper<br>3 Park Ave.<br>New York, NY 10016 | International Paper<br>Attn: Paige Craig<br>6400 Poplar Avenue<br>Memphis, TN 38197<br>Fax: 901-214-3480<br>Email: paige.craig@ipaper.com | Goods, Services | | | | $217,404.93 |
| 11  Givaudan Fragrances Corp<br>717 Ridgedale Avenue<br>East Hanover, NJ 07936 | Givaudan Fragrances Corp<br>Attn: Vincent Denicola<br>717 Ridgedale Avenue<br>East Hanover, NJ 07936<br>Fax: 973-448-6699<br>Email: vincent.denicola@givaudan.com | Goods, Services | | | | $146,375.00 |
| 12  Berry Plastics Corp.<br>1810 Portal Street<br>Windsor Mill, MD 21244 | Berry Plastics Corp<br>Attn: Gena Borders<br>PO Box 959<br>Evansville, IN 47706<br>Fax: 270-746-1101<br>Email: genaborders@berryplastics.com | Goods, Services | | | | $143,517.32 |
| 13  AC Nielsen Inc<br>P.O. Box 88956<br>Chicago, IL 60695 | AC Nielsen Inc<br>Attn: Zion Thomas<br>P.O. Box 88956<br>Chicago, IL 60695<br>Fax: 201-590-6923<br>Email: Zion.Thomas.ap@nielsen.com | Goods, Services | | | | $126,928.53 |
| 14  Multi-Color Graphics<br>4053 Clough Woods Drive<br>Batavia, OH 45103 | Multi-Color Graphics<br>Attn: Sena Gadagbui<br>4053 Clough Woods Drive<br>Batavia, OH 45103<br>Fax: 513-277-0582<br>Email: sena.gadagbui@mcclabel.com | Goods, Services | | | | $111,091.17 |

Debtor name **Phoenix RIT LLC**  Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 Aakash Chemicals<br>561 Mitchell Road<br>Glendale Heights, IL 60139 | Aakash Chemicals<br>Attn: Keith Pitt<br>561 Mitchell Road<br>Glendale Heights, IL 60139<br>Fax: 630-469-2255<br>Email: keith@aakashchemicals.com | Goods, Services | | | | $85,687.75 |
| 16 Korex Chicago, LLC<br>6200 W. 51st Street<br>Chicago, IL 60638 | Korex Chicago, LLC<br>Attn: Richard Carmichael<br>6200 W. 51st Street<br>Chicago, IL 60638<br>Email: Richard.Carmichael@Korex-us.com | Goods, Services | | | | $70,753.21 |
| 17 Stepan Company<br>P.O. Box 13799<br>Newark, NJ 07188-0799 | Stepan Company<br>Attn: Wayne A. Molley<br>P.O. Box 13799<br>Newark, NJ 07188-0799<br>Fax: 847-446-2843<br>Email: WMolley@stepan.com | Goods, Services | | | | $61,050.63 |
| 18 Sommer Metalcraft Corp<br>315 Poston Drive<br>P.O. Box 688<br>Crawfordsville, IN 47933 | Sommer Metalcraft Corp<br>Attn: Marty Shaw<br>315 Poston Drive<br>P.O. Box 688<br>Crawfordsville, IN 47933<br>Fax: 765-359-4202<br>Email: marty.shaw@sommercorp.com | Goods, Services | | | | $35,437.00 |
| 19 Adesso Solutions Inc<br>3701 Algonquin, Suite 270<br>Rolling Meadows, IL 60008 | Adesso Solutions Inc<br>Attn: Brad Blaney<br>3701 Algonquin, Suite 270<br>Rolling Meadows, IL 60008<br>Email: bblaney@adesso-solutions.com | Goods, Services | | | | $30,051.92 |

Debtor name __Phoenix RIT LLC__  Case No. (If known) ____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20  Shell Chemical LLP<br>P.O. Box 2463<br>Houston, TX 77252 | Shell Chemical LLP<br>Attn: Natalie Harrison<br>P.O. Box 2463<br>Houston, TX 77252<br>Email: Natalie.Harrison@shell.com | Goods, Services | | | | $28,015.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

**Fill in this information to identify the case:**

Debtor name   **Phoenix RIT LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/1/16           X _____
                              Signature of individual signing on behalf of debtor

                              **Peter A. Furman**
                              Printed name

                              **Chief Restructuring Officer of Phoenix Brands LLC**
                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Phoenix RIT LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☑ Other document that requires a declaration    Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/1/16         X _____
                                Signature of individual signing on behalf of debtor

**Peter A. Furman**
Printed name

**Chief Restructuring Officer of Phoenix Brands LLC**
Position or relationship to debtor

# United States Bankruptcy Court
## District of Delaware

In re   **Phoenix RIT LLC**
Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Phoenix RIT LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Phoenix Brands LLC**
**1 Landmark Square #18**
**Stamford, CT 06901**

☐ None [*Check if applicable*]

6/1/16
Date

Peter A. Furman
Chief Restructuring Officer of Phoenix Brands LLC

**Fill in this information to identify the case:**

Debtor name   **Phoenix RIT LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/1/16                    X  _____
                                              Signature of individual signing on behalf of debtor

                                              **Peter A. Furman**
                                              Printed name

                                              **Chief Restructuring Officer of Phoenix Brands LLC**
                                              Position or relationship to debtor